STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant HARDEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-0859 RS |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER |
| | ) EXONERATING BOND |
| GARY LEE HARDEMAN, | ) |
| Defendant. | ) Honorable Richard Seeborg |

FOR GOOD CAUSE SHOWN, it is ordered that the bond in the above-captioned case shall be and hereby is exonerated.

IT IS SO ORDERED.

DATED:  10/22/13

_____
RICHARD SEEBORG
United States District Judge